UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | 1:07-cv-00296-LJO-NEW (DLB) PC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| v. | ) | SIXTY-DAY EXTENSION OF TIME TO |
| | ) | PAY FILING FEE |
| M. NIPPER, et al., | ) | (DOCUMENT #7) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 6, 2007, plaintiff filed a motion to extend time to pay the $350.00 filing fee in compliance with the court's order of March 21, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order in which to pay the $350.00 filing fee in full.  This action will be dismissed if plaintiff fails to submit the filing fee in full within sixty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 24, 2007**                                   **/s/ Dennis L. Beck**
                                                                                      UNITED STATES MAGISTRATE JUDGE