UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | 1:07-cv-00296-LJO-GSA PC |
| Plaintiff, | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE** |
| vs. | |
| M. NIPPER, et al., | (Docs. 4 and 8) |
| Defendants. | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |

On March 21, 2007, the Court issued an order finding Plaintiff Cedric Greene ineligible to proceed in forma pauperis in this action and requiring Plaintiff to pay the $350.00 filing fee in full within thirty days. 28 U.S.C. § 1915(g). Plaintiff sought and was granted a sixty-day extension of time in an order filed on April 25, 2007. The order was re-served on Plaintiff twice due to changes in his address of record, with the second re-service occurring on August 6, 2007. Plaintiff has had almost twelve months within which to pay the $350.00 filing fee for this action, but has not done so. This action shall be dismissed and the Clerk of the Court shall be directed to close the case.

1

1  The Court notes that on January 18, 2008, the Magistrate Judge
2  issued a Findings and Recommendations ("F&R") recommending
3  dismissal of this action based on Plaintiff's failure to update his
4  address within sixty days from the date mail served on Plaintiff
5  was returned as undeliverable.  In light of the fact that Plaintiff
6  filed a notice of change of address on January 17, 2008, the Court
7  will not adopt the F&R and will not dismiss the case based on
8  Plaintiff's failure to keep the Court apprised of his address.[1]

9  Based on the foregoing, this action is HEREBY ORDERED
10 dismissed, without prejudice, for failure to pay the filing fee in
11 compliance with the Court's orders of March 21, 2007, and April 25,
12 2007, and the Clerk of the Court shall close this case.

15 IT IS SO ORDERED.
16 **Dated:   March 7, 2008**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

---

[1] The F&R was issued prior to entry of Plaintiff's address change on the docket.

2